**COURTROOM DEPUTY MINUTES**  DATE: 12-20-2005
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 4:03 – 4:18 pm  IA
Arr
4:19 – 4:25 pm

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd      DEPUTY CLERK: sql

CASE NO.: 2:05cr292-T            DEFT. NAME: Crystal BAZZELL

USA: Moorer                      ATTY: Dan Hamm
                                 Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO
                                 ( ) Stand In ONLY

(USPTSO)/USPO: Martin

Defendant ____ does ___✓___ does NOT need an interpreter

Interpreter present ___✓___ NO _____ YES  NAME: _____

- ☑ kars. — Date of Arrest 12-19-05  or  ☐ karsr40
- ☑ kia. — Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☑ kcnsl. — Deft. First Appearance with Counsel
- ☐ — Deft. First Appearance without Counsel
- ☑ — Requests appointed Counsel  **☐ ORAL MOTION for Appointment of Counsel**
- ☑ kfinaff. — Financial Affidavit executed  ☐ to be obtained by PTSO
- ☑ koappted — **ORAL ORDER** appointing Community Defender Organization — Notice to be filed.
- ☐ k20appt. — Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ — Deft. Advises he will retain counsel. Has retained _____
- ☐ — Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ — Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg. — Detention Hearing ☐ held; ☐ set for _____
- ☐ kotempdtn. — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn. — ORDER OF DETENTION PENDING TRIAL entered
- ☑ kocondrls. — Release order entered. Deft. advised of conditions of release
- ☑ kbnd. — ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
  ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC) — Bond NOT executed. Deft to remain in Marshal's custody
- ☐ — Preliminary Hearing ☐ Set for _____
- ☐ ko. — Deft. ORDERED REMOVED to originating district
- ☐ kwvprl. — Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ — Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☑ karr. — ARRAIGNMENT SET FOR: _____ ☑ HELD. Plea of **NOT GUILTY** entered.
  ☑ Set for _____ Trial Term; ☑ PRETRIAL CONFERENCE DATE: 1-20-06
  DISCOVERY DISCLOSURES DATE: 12-21-05
- ☐ krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. — Identity/Removal Hearing set for _____
- ☐ kwvspt — Waiver of Speedy Trial Act Rights Executed