| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 1/20/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:41 - 9:42 |

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr292-MHT   **DEFENDANT(S):** Crystal Bazzell

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Susan Redmond | * | Daniel Gary Hamm |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**   Complete

☐ **PENDING MOTION STATUS:**   None

☐ **PLEA STATUS:**
Plea Likely
Possible 2/24/06 Plea Docket

☐ **TRIAL STATUS**
If trial, 2 days

☐ **REMARKS:**