# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>V.<br><br>CRYSTAL BAZZELL, DEFENDANT. | CASE NUMBER<br><br>2:05-CR-292-T |

## MOTION TO RESET CHANGE OF PLEA HEARING

**COMES NOW** the defendant, Crystal Bazzell, by and through her counsel of record and moves this Honorable Court for an Order continuing her Change of Plea Hearing by stating the following:

1. The Defendant's Change of Plea Hearing is currently set for February 24, 2006 at 9:00 a.m.

2. The undersigned attorney serves as a panel trustee for the United States Bankruptcy Court for the Middle District of Alabama, and said trustee conducts § 341 Meeting of Creditor Hearings.

3. The above referenced § 341 hearings are scheduled to begin at 9:00 a.m. and should conclude around 11:00 a.m. on February 24, 2006.

4. Counsel respectfully requests that this Honorable Court reset the Change of Plea hearing to a day prior to or a time following the aforementioned § 341 hearings.

**WHEREFORE, THE PREMISES CONSIDERED**, Counsel prays that this Honorable Court will continue the Change of Plea Hearing currently set for February 24, 2006 to another date or consider resetting it at a later hour on February 24, 2006.

**RESPECTFULLY SUBMITTED** this the 27th day of January, 2006.

/s/ **Daniel G. Hamm**
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
235 SOUTH MCDONOUGH STREET
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Reset Change of Plea Hearing by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 27th day of January, 2006.

/s/ Daniel G. Hamm
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
235 SOUTH MCDONOUGH STREET
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX          334-323-5666

Terry Moorer
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101