# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>CRYSTAL BAZZELL, DEFENDANT | CASE NUMBERS<br><br>2:05-CR-292-T |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW,** the defendant, Crystal Bazzell, by and through the undersigned counsel and notifies this Honorable Court of her intent to change her plea from not guilty to guilty.

**RESPECTFULLY SUBMITTED** this the 27th day of January, 2006.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
**DANIEL G. HAMM**
**ATTORNEY AT LAW**
235 SOUTH MCDONOUGH STREET
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Notice of Intent to Change Plea by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 27th day of January, 2006.

/s/ **Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
**DANIEL G. HAMM**
**ATTORNEY AT LAW**
235 SOUTH MCDONOUGH STREET
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Terry F. Moorer
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101