IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr292-MHT |
| | ) | |
| CRYSTAL BAZZELL | ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the Defendant's Motion to Reset Change of Plea Hearing Date, filed 27 January 2006 (Doc #15) is DENIED as MOOT. At the time of filing the referenced motion, the parties had not yet filed a Notice of Intent to Change Plea. The notice was filed on 27 January 2006, and thereafter, by separate order, the defendant's change of plea hearing has been set for 13 March 2006.

DONE this 3rd day of February 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE