**COURTROOM DEPUTY'S MINUTES**              **DATE:** 2/27/06

**MIDDLE DISTRICT OF ALABAMA**              **Digital Recording: 9:29 - 9:29**

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER: 2:05cr292-MHT**              **DEFENDANT(S): Crystal Bazzell**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Clark Morris | * | Daniel Gary Hamm |
| | | |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**        **Complete**

_____

_____

_____


❒ **PENDING MOTION STATUS:**    **None**

_____

_____

_____


❒ **PLEA STATUS:**

                **Plea Likely**

_____

_____

_____


❒ **TRIAL STATUS**

                **If trial, 2 days**

_____

_____

_____


❒ **REMARKS:**        **Plea with Plea Agreement set for 3/13/06 @ 9:00 a.m.**

_____

_____

_____

_____