| COURTROOM DEPUTY MINUTES | DATE: 2/13/06 | DIGITAL RECORDING: 19:45 -10:25 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | | COURT REPORTER: Jimmy Dickens |

❏ ARRAIGNMENT     x CHANGE OF PLEA     ❏ CONSENT PLEA

❏ RULE 44(c) HEARING     ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** _Vanzetta Penn McPherson_     **DEPUTY CLERK:** _WANDA ROBINSON_

**CASE NUMBER:** _2:05cr292-MHT_     **DEFENDANT NAME:** _Crystal Bazzel_

**AUSA:** _Terry F. Moorer_     **DEFENDANT ATTY:** _Daniel Gary Hamm_

Type Counsel:   ( ) Waived;   ( ) Retained;   ( x ) Panel CJA;   ( ) CDO

**USPO:** _Donnelle Thompson_

Defendant _____ does _ x _ does NOT need and interpreter.

Interpreter present? _ x _ NO _____ YES   Name: _____

9:45 - 10:08  **SEALED DISCUSSION of ENTRY OF CHANGE of PLEA PRIOR TO TAKING PLEA**

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty               ❏ Nol Contendere

❏ Not Guilty by reason of insanity

√ Guilty as to:

  √ Count(s) __1__ of the Felony Indictment.

  √ Count(s) __2__   ❏ dismissed on oral motion of USA;

         √ to be dismissed at sentencing

√ — **ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

√ — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

   ❏ summons; for:

 ❏ Trial on _____;  ❏ Sentencing on _____   ❏ _____ Bond  ❏ to be set by Separate Order

√ — **ORDER:** Defendant to surrender to U.S. Marshal on or before Thursday 3/16/06 at l2:00 p.m. for:

   ❏ Posting a $_____ Bond;

   ❏ Trial on _____; or √ Sentencing on _____ √ set by separate Order.

Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed.  ❏ Detention requests time to secure new counsel.