**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:05-CR-00292-MHT |
| | ) | |
| CRYSTAL BAZZELL | ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

**COMES NOW** the undersigned counsel, Christine A. Freeman, and files this Motion to permit the Office of the Federal Defenders to withdraw as counsel of record for the Defendant Crystal Bazzell ("Ms. Bazzell"). In support of this Motion, counsel states the following:

1. On December 20, 2005, the Office of the Federal Defenders was appointed to represent Ms. Bazzell by U.S. Magistrate Judge, Delores R. Boyd.

2. Subsequent to appointment, defense counsel became aware of the existence of a conflict of interest in the representation of Ms. Bazzell by this office and brought that matter to the Courts attention.

3. The Court issued an Order appointing CJA panel attorney Daniel Gary Hamm as counsel for Ms. Bazzell on December 23, 2005 (D.E. 11).

**WHEREFORE**, undersigned counsel prays that the Office of the Federal Defenders be permitted to withdraw from the representation of Ms. Bazzell.

Dated this 15th day of March 2006.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:05-CR-00292-MHT** |
| ) | |
| **CRYSTAL BAZZELL** ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Terry F. Moorer, Esq.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                         s/Christine A. Freeman
                                         **CHRISTINE A. FREEMAN**
                                         **TN BAR NO.: 11892**
                                         Attorney for Defendant
                                         Federal Defenders
                                         Middle District of Alabama
                                         201 Monroe Street , Suite 407
                                         Montgomery, AL 36104
                                         TEL:  (334) 834-2099
                                         FAX:  (334) 834-0353
                                         E-Mail: Christine_Freeman@fd.org