# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER |
| V. | 2:05-CR-292-T |
| CRYSTAL BAZZELL, DEFENDANT. | |

## EMERGENCY MOTION TO STAY THE DEADLINE FOR DEFENDANT'S SURRENDER

**COMES NOW** the defendant, Crystal Bazzell, by and through her counsel of record and moves this Honorable Court for an Order extending the deadline that requires Defendant to surrender to the Federal Marshals by stating the following:

1. The United States Probation Office moved to revoke Defendant's pretrial release alleging that she failed to comply with certain conditions of her pretrial release. A hearing was held on March 13, 2006 wherein this Honorable Court granted the Probation Office's request and ordered that her pretrial release be terminated.

2. Defendant requested a stay of her surrender to allow her time to transfer custody of her child to a relative because she anticipates that her sentence will be several years in the custody of the Federal Bureau of Prisons. This Court granted Defendant's request and ordered that Defendant surrender by noon on Thursday, March 16, 2006.

3. Defendant requires additional time to assist her attorney to transfer custody of her child to Defendant's father. Defendant is scheduled to meet with her

attorney, Marvin Campbell, Esq., on March 15, 2006 to discuss transferring custody to Defendant's father. Up until now, she has been unable to schedule an appointment with her family law counsel.

4. In addition to the above, Defendant is diabetic and her current prescription has expired and she requires additional time to meet with her Doctor to obtain a new prescription for medication to be used after she surrenders.

**WHEREFORE, THE PREMISES CONSIDERED**, Counsel prays that this Honorable Court will stay Defendant's deadline for surrendering herself to the Federal Marshall's until Tuesday, March 21, 2006.

**RESPECTFULLY SUBMITTED** this the 15th day of March, 2006.

/s/ **Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Emergency Motion to Stay the Deadline for Defendant's Surrender by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 15th day of March, 2006.


/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

Terry Moorer
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101