IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


UNITED STATES OF AMERICA    )
    )
v.    )    2:05cr292-MHT
    )
CRYSTAL BAZZELL    )


## **ORDER ON MOTION**

Upon consideration of the Emergency Motion to Stay the Deadline for Defendant's Surrender (Doc. #29), filed on 15 March 2006, it is hereby

ORDERED that the motion is DENIED.

DONE this 15th day of March, 2006.


/s/ Vanzettta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE