IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr292-MHT |
| **CRYSTAL BAZZELL** | ) | |

## ORDER

It is ORDERED that the motion to withdraw (doc. no. 28) is granted.

DONE, this the 16th day of March, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**