# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| V. | CASE NUMBER |
| CRYSTAL BAZZELL, DEFENDANT. | 2:05-CR-292-T |

## EMERGENCY MOTION TO RELEASE DEFENDANT PENDING SENTENCING

**COMES NOW** the defendant, Crystal Bazzell, by and through her counsel of record and moves this Honorable Court pursuant to *18 U.S.C.A. § 3143* for an Order for Defendant's release from the custody of the United States Marshall's Office. In support of the foregoing Defendant shows the following:

1. Defendant pled guilty on March 13, 2006 as to the offense of conspiracy to possess with intent to distribute narcotics. Sentencing is scheduled for June 22, 2006.

2. The United States Probation Office moved to revoke Defendant's pretrial release alleging that she failed to comply with certain conditions of her pretrial release, to wit, Defendant did not report for all of her drug treatment meetings. A hearing was held on March 13, 2006 and after Defendant entered her guilty plea this Honorable Court detained the Defendant pending sentence.

3. Defendant was ordered to surrender on or before Thursday, March 16, 2006 to give her additional time to obtain medicine from for her diabetic condition and to speak with her attorney to transfer custody of her child to a relative. Defendant timely

surrendered and is currently being held in the Autauga County Jail in the custody of the United States Marshall's Office.

4. Shortly after surrendering to the Marshall's Office, Defendant learned that she is pregnant. Defendant has experienced complications with the pregnancy because she suffers from, "sever gestational diabetes." Dr. John P. Hagler is currently treating the Defendant and has stated that Defendant is considered to be at "high risk" during the pregnancy. (See attached letter from Doctor Hagler). Defendant developed her diabetes during her first pregnancy approximately two years ago and based on her experience she, and the baby, are most at risk during the first trimester of the pregnancy.

5. Defendant is not a flight risk or a threat to the community and has appeared at all the prior hearings. This Court must make an evidentiary finding as required by *18 U.S.C.A. § 3143(a)*, based on clear and convincing evidence, that the Defendant is not a flight risk or a threat to the community. Defendant's pre-sentence release was not revoked because of these grounds.

6. Defendant has been cooperative with the United States Government and their agents throughout this case.

**WHEREFORE, THE PREMISES CONSIDERED**, Defendant prays that this Honorable Court will release her from custody pending her sentencing hearing, or in the alternative, schedule a detention hearing to hear arguments regarding this matter.

**RESPECTFULLY SUBMITTED** this the 21st day of April, 2006.

        **/s/ Daniel G. Hamm**
--- 
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH STREET, STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE        334-269-0269
FAX              334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Emergency Motion to Release Defendant Pending Sentencing by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 21st day of April, 2006.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH STREET, STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE     334-269-0269
FAX           334-323-5666

Terry Moorer
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101

**John P Hagler, MD**
Family Practice & Geriatrics
241-A Winton Blount Loop
Montgomery, AL 36117
Phone: (334) 277-8720
Fax: (334) 277-7479
jphmedysis@charter.net

April 5, 2006

RE: Crystal Bazzell
DOB: 09/01/1977
SSN: 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

To Whom It May Concern:

Crystal Bazzell is under my care for multiple medical problems, including IDDM, and chronic fatigue syndrome. She is also pregnant at this time. Ms. Bazzell has a history of severe gestational diabetes from her previous pregnancy, and is likely to experience this same complication again. She is, therefore considered to be at high risk during her current pregnancy.

Any consideration you can provide this patient would be greatly appreciated.

Sincerely,

John P Hagler, MD