IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR292-MHT |
| | ) | [WO] |
| CRYSTAL BAZZELL | ) | |

## ORDER ON MOTION

The defendant, CRYSTALL BAZELL ["Bazzell"], filed an Emergency Motion to Release Defendant Pending Sentencing (Doc. # 32) on 21 April 2006. Bazzell contends that her release is warranted by her discovery that she is pregnant and she suffers from severe gestational diabetes. The defendant correctly alleges that the court revoked her presentence release because she failed to comply with the conditions of her release, including her failure to report for drug treatment. While Bazzell also correctly states that the court extended her time to report to the jail by two days to provide time to arrange for custody of her child, in making that decision, the court *did not* consider Bazzell's medical needs. Indeed, when her release was revoked, the only information that the court had about Bazzell's physical condition was that she was  - or had been -  addicted to methamphetamine.

Bazzell was given two additional days, and within that time, she sought an additional stay of her deadline for reporting (Doc. # 29). The court denied her motion and directed that she be taken into custody as initially scheduled (Doc. # 30). Now Bazzell seeks release from

detention based upon a revocation of her presentence release.[1]

The court has verified that Bazzell miscarried on 19 April 2006 and is no longer pregnant. The court notes that the letter from Bazzell's physician, submitted in support of the motion, was dated 5 April 2006, more than two weeks ago. Therefore, given the changed circumstances, Dr. Hagler's representations are no longer persuasive or controlling.

While the court is not unmindful of the loss that Bazzell's has experienced or its potential consequences for her mental well being, the reasons proffered as a basis for her request for release are no longer extant. Accordingly, it is

ORDERED that the motion is DENIED as moot.

DONE this 21st day of April, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] That Bazzell is seeking release from confinement imposed because of her failure to comply with the conditions of her release is important. While she suggests that, under 18 U.S.C. §3143, she is entitled to a court finding "based upon clear and convincing evidence", she is not correct. That section, though applicable to initial considerations of release pending sentencing, is inapplicable to detentions arising from revocation.