IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-292-MHT |
| | ) | |
| CRYSTAL BAZZELL | ) | |

## GOVERNMENT'S MOTION TO CONTINUE SENTENCING

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. The Defendant is scheduled to be sentenced by this Honorable Court on June 22, 2006. The parties were unable to resolve the issue of narcotics for which the defendant should be held accountable under § 2D1.1 U.S.S.G.

2. The United States respectfully requests that the sentencing be delayed until on or after July 17, 2006, which will allow sufficient time to obtain the presence of witnesses who are currently incarcerated in various institutions.

Respectfully submitted this the 9th day of June, 2006.

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>/s/Terry F. Moorer
>TERRY F. MOORER
>Assistant United States Attorney
>One Court Square, Suite 201
>Montgomery, AL 36104
>Phone: (334) 223-7280
>Fax: (334) 223-7135
>E-mail: terry.moorer@usdoj.gov
>ASB-1176-O73T

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:05-cr-292-MHT |
| ) | |
| CRYSTAL BAZZELL   ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Daniel Hamm, Esquire.

Respectfully submitted,

/s/Terry F. Moorer
TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: terry.moorer@usdoj.gov
ASB-1176-O73T