IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr292-MHT |
| CRYSTAL BAZZELL | ) | |

### ORDER

Counsel for defendant Crystal Bazzell having orally informed that defendant Bazzell has no objection, it is ORDERED as follows:

(1) The motion to continue sentencing (doc. no. 34) is granted.

(2) Sentencing for defendant Bazzell, now set for June 22, 2006, is reset for August 2, 2006, at 10:00 at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 13th day of June, 2006.

                     /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE