IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-292-MHT |
| | ) | |
| CRYSTAL BAZZELL | ) | |

**GOVERNMENT'S MOTION TO AWARD 3 POINTS TO DEFENDANT
FOR ACCEPTANCE OF RESPONSIBILITY
PURSUANT TO § 3E1.1, UNITED STATES SENTENCING GUIDELINES**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. The Defendant timely notified the United States she intended to enter a plea of guilty and did so in a manner which obviated the need for the United States to prepare for trial. A grand jury sitting in the Middle District of Alabama returned an indictment against Defendant and the defendant promptly pleaded guilty.

2. Pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in Defendant's offense level for acceptance of responsibility, such that the total reduction in offense level for Defendant's acceptance of responsibility shall be three (3) levels.

Respectfully submitted this the 1st day of August, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/Terry F. Moorer
        TERRY F. MOORER
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail:terry.moorer@usdoj.gov
        ASB-1176-O73T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-292-MHT |
| | ) | |
| CRYSTAL BAZZELL | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Daniel G. Hamm, Esquire.

        Respectfully submitted,

        /s/Terry F. Moorer
        TERRY F. MOORER
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: terry.moorer@usdoj.gov
        ASB-1176-O73T