IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr292-MHT |
| | ) | |
| CRYSTAL BAZZELL | ) | |

**MOTION TO CONTINUE SENTENCING**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

1. Sentencing for the above referenced defendant is presently scheduled for August 2, 2006, before the Honorable Myron H. Thompson.

2. The United States moves to continue the sentencing of the above-referenced defendant until on or after August 9, 2006. The parties have objections to the Presentence Report which they are unable to resolve. The parties will either be able to resolve the disputed issues or proceed to sentencing on or after August 9, 2006. The Assistant United States Attorney who is responsible for the case is away on military duty and will not return until August 7, 2006. As the issues may be disputed, it will be helpful to the Court to have an Assistant United States Attorney who is familiar with the facts of the case.

3. Defense counsel for Defendant Bazzell has been contacted and has no objection to a continuance.

Based upon the above stated reasons, the United States respectfully requests a continuance in the sentencing of this case.

Respectfully submitted this the 1st day of August, 2006.

                    LEURA G. CANARY
                    UNITED STATES ATTORNEY

                    /s/Terry F. Moorer
                    TERRY F. MOORER
                    Assistant United States Attorney
                    One Court Square, Suite 201
                    Montgomery, AL 36104
                    Phone: (334)223-7280
                    Fax: (334)223-7135
                    E-mail: terry.moorer@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr292-MHT |
| | ) | |
| CRYSTAL BAZZELL | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Daniel G. Hamm, Esq.

>Respectfully submitted,
>
>/s/Terry F. Moorer
>TERRY F. MOORER
>Assistant United States Attorney
>One Court Square, Suite 201
>Montgomery, AL 36104
>Phone: (334)223-7280
>Fax: (334)223-7135
>E-mail: terry.moorer@usdoj.gov