IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-292-MHT |
| | ) | |
| CRYSTAL BAZZELL | ) | |

MOTION TO FILE MOTIONS OUT OF TIME

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Honorable Court to allow the out of time filing of the following two Motions: Government's Motion to Award 3 Points to Defendant for Acceptance of Responsibility Pursuant to §3E1.1, United States Sentencing Guidelines; and Government's Motion for Downward Departure Pursuant to §5K1.1, United States Sentencing Guidelines, in the above-styled cause and as reasons therefore, the following is submitted:

1. Government's Motion to Award 3 Points to Defendant for Acceptance of Responsibility Pursuant to § 3E1.1, United States Sentencing Guidelines; and Government's Motion for Downward Departure Pursuant to § 5K1.1 United States Sentencing Guidelines were due to be filed on July 26, 2006. Due to an unfortunate oversight by the undersigned, the aforementioned motions were not filed in accordance with the well-settled practice of this Court. In mitigation of the undersigned's negligence, the undersigned is a Colonel in the Alabama Army National Guard and was required to report to Camp Shelby, Mississippi, for two weeks active guard duty on July 24, 2006.

2. The United States believes that in the interest of justice and judicial economy, the Court should grant this motion.

   3. Finally, the undersigned apologizes to the Court and the defendant for this oversight.

   For the reasons stated above, the undersigned respectfully requests leave to file the aforementioned motions out of time.

   Respectfully submitted this the 1st day of August, 2006.

               LEURA GARRETT CANARY
               UNITED STATES ATTORNEY

               /s/Terry F. Moorer
               TERRY F. MOORER
               One Court Square, Suite 201
               Montgomery, AL 36104
               Phone: (334) 223-7280
               Fax: (334) 223-7135
               E-mail: terry.moorer@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-292-MHT |
| | ) | |
| CRYSTAL BAZZELL | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Daniel G. Hamm, Esquire.

Respectfully submitted,

/s/Terry F. Moorer
TERRY F. MOORER
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov