# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>V.<br><br>CRYSTAL BAZZELL,<br>DEFENDANT | CASE NUMBER<br><br>2:05-CR-292-T |

## OBJECTION TO CONTINUANCE

**COMES NOW** the defendant, Crystal Bazzell, by and through her counsel of record and files her objection to the Government's motion for continuance by stating the following:

1. The Defendant's sentencing is currently scheduled for August 2, 2006.

2. Counsel for the Defendant is aware that there are unresolved issues regarding the Defendant's Presentence Report, however this will be the second time the Government has moved to continue the sentencing hearing.

3. Should this court grant the Government's requested continuance, the Defendant requests a resetting as soon as possible.

**WHEREFORE, THE PREMISES CONSIDERED** the Defendant objects to the Government's motion to continue sentencing and request this Honorable Court keep the sentencing date as scheduled on August 2, 2006.

**RESPECTFULLY SUBMITTED** this the 1st day of August, 2006.

/s/ **Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
235 SOUTH MCDONOUGH STREET
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Objection to Continuance by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 1st day of August, 2006.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
235 SOUTH MCDONOUGH STREET
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

Terry Moorer
Verne H. Speirs
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101