IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr292-MHT |
| CRYSTAL BAZZELL | ) | |

## ORDER

It is ORDERED as follows:

(1) Defendant Crystal Bazzell's objection (Doc. No. 41) is overruled.

(2) The government's original and amended motions to continue sentencing (Doc. Nos. 37 & 38) are granted.

(3) Sentencing for defendant Bazzell, now set for August 2, 2006, is reset for August 23, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 1st day of August, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE