# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| V. | CASE NUMBER |
| CRYSTAL BAZZELL, DEFENDANT. | 2:05-CR-292-T |

## MOTION TO ALLOW DEFENDANT TO SELF-SURRENDER

**COMES NOW** the defendant, Crystal Bazzell, by and through her counsel of record and respectfully requests this Honorable Court to issue an Order allowing the Defendant thirty (30) days to self-surrender on the following grounds:

1. The Defendant is set to be sentenced on August 23, 2006 at 10:00 a.m.

2. Since the Defendant's incarceration on March 16, 2006, the Defendant has been unable to spend time with her two (2) year old daughter.

3. Due to the anticipated length of incarceration the Defendant will receive on the instant case, Defendant is requesting that she be allowed to spend at least thirty (30) days with her daughter before self-surrendering to the Federal Bureau of Prisons.

4. It will be difficult for the Defendant's parents to bring her daughter on a regular basis to the facility where she will be serving her time.

**WHEREFORE, THE PREMISES CONSIDERED**, Counsel prays that this Honorable Court will release the Defendant and allow her to turn herself in at a Federal prison to be designated by the Bureau of Prisons.

**RESPECTFULLY SUBMITTED** this the 21st day of August, 2006.

/s/ **Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Allow Defendant to Self-Surrender by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 21st day of August, 2006.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

Terry Moorer
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101