# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE                AT MONTGOMERY   ALABAMA

DATE COMMENCED  August 23, 2006                  AT  11:18   A.M./P.M.

DATE COMPLETED  August 23, 2006                  AT  2:08    A.M./P.M.

UNITED STATES OF AMERICA                         Criminal Action
                                                 2:05-cr-292-MHT

     VS.

CRYSTAL BAZZELL

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Terry Moorer | X<br>X<br>X<br>X<br>X | Atty Daniel G. Hamm |

COURT OFFICIALS PRESENT:

| Anthony Green,<br>Courtroom Clerk | Tashwanda Pinchback,<br>Law Clerk | Mitchell Reisner,<br>Court Reporter |
|---|---|---|

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:   SENTENCING HEARING

| | |
|---|---|
| 11:18 a.m. | Sentencing hearing commenced. Terms of plea agreement stated on the record. Government's oral m/additional downward departure. Probation concurs with plea agreement with additional downward departure. Court accepts plea agreement. Objections to presentence report withdrawn by defendant. Defendant's motion to self surrender heard. Probation does not recommend release of defendant. Oral order denying motion to self surrender. |
| 11:33 a.m. | Hearing continued until 2:00 p.m. |
| 2:03 p.m. | Sentencing hearing resumes. Defendant's oral request to be placed at a facility near Montgomery, AL. Court recommends that the defendant be placed at a facility near Montgomery, AL. Sentenced imposed; |

Minutes Sentencing Hearing
2:05cr292-MHT, USA vs. CRYSTAL BAZZELL

|  |  |
|--|--|
|  | Oral order during sentence imposition granting Motion for Reduction in Criminal Offence Level for Acceptance of Responsibility and Motion for Downward Departure. Government's oral motion to dismiss count two. Oral order granting oral motion to dismiss count 2. |
| 2:08 p.m. | Hearing concluded. |