IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | **CRIMINAL ACTION NO.** |
| ) | **2:05cr292-MHT** |
| **CRYSTAL BAZZELL**    ) | **(WO)** |

### ORDER

On October 21, 2015, defendant Crystal Bazzell appeared for a supervised-release revocation hearing regarding a violation petition filed by the probation officer on September 24, 2015. Defendant Bazzell entered a guilty plea to the violation contained in the petition and the court found defendant Bazzell guilty of the violation in the revocation petition.

Accordingly, it is ORDERED that:

(1) The term of supervised release, imposed on May 20, 2015, is not revoked.

(2) The revocation petition (doc. no. 86) is granted to only the extent that the conditions of supervision are modified as follows:

    (a) Defendant Crystal Bazzell shall complete 12 weekends in a jail facility under contract to the Federal Bureau of Prisons. Defendant Bazzell shall surrender no later than 8:00 p.m. on Friday and be released at 8:00 p.m. on Sunday. The defendant shall surrender to the designated jail facility as directed by the probation officer.

    (b) Defendant Bazzell shall participate in a mental-health treatment program approved by the United States Probation Office. Defendant Bazzell shall contribute to the cost based on ability to pay and availability of third party payments.

    (c) Defendant Bazzell's term of supervised release is extended to October 31, 2016.

    (d) The condition requiring defendant Bazzell to participate in the full program at the Lovelady Treatment Center is removed.

(3) All other conditions, imposed on May 20, 2015, shall remain in full force and effect.

DONE, this the 23rd day of October, 2015.

                            /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE